IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 27  A 9: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

James Edward Wallace )
Full name and prison number of )
plaintiff(s) AIS 207922 )
                                )
        v.                      )  CIVIL ACTION NO. 2:07CV762-mef
                                )  (To be supplied by the Clerk of the
Billy Norton, Inmate           )   U.S. District Court)
                                )
Bobby Joe Jardon, Inmate       )
                                )
Richard Allen Com. A. DOC      )
                                )
Steve Walker Int. Chaplain     )
                                )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or
       similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your
       imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there
       is more than one lawsuit, describe the additional lawsuits on another piece of
       paper, using the same outline).

       1.  Parties to this previous lawsuit:
           Plaintiff(s) _____∅_____

           Defendant(s) _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____∅_____

       3.  Docket No. _____∅_____

       4.  Name of Judge to whom case was assigned _____∅_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ∅

6. Approximate date of filing lawsuit ∅

7. Approximate date of disposition ∅

II. PLACE OF PRESENT CONFINEMENT  BULLOCH COUNTY CORR. FACILITY PO BOX 5107 UNION SPRINGS ALA. 36089.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  B.CC.F PO BOX 5107 UNION SPRINGS ALA. 36089

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. BILLY NORTON INMATE   PO BOX 5107 UNION
2. SPRING ACA 36089.
3. BOBBY JOE JARDON INMATE, SAME ABOVE
4. STEVE WALKER INT. CHAPLAIN, SAME ABOVE
5. RICHARD ALLEN COM. A.O.D.C. 301 S.
6. RIPLEY ST. MONTGOMERY ALA. 36107

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  JUNE 15- 2006 UNTIL 8-22-2007.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  SEE ATTACHMENT BRIEF

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
SEE ATTACHMENT BRIEF FOR FACTS AND EXHIBITS A-B.

-2-

GROUND TWO: SEE ATTACHMENT BRIEF

SUPPORTING FACTS: SEE ATTACHMENT BRIEF AND EXHIBITS A-B

GROUND THREE: SEE ATTACHMENT BRIEF

SUPPORTING FACTS: SEE ATTACHMENT BRIEF AND EXHIBITS A-B

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
SEE ATTACHMENT BRIEF AND EXHIBITS A-B

*James Edward Wallace*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8-23-07
(date)

*James Edward Wallace*
Signature of plaintiff(s)

-3-

WHITLEY WALLACE
207604 DORM! 6A67
LIMESTONE C.F.
28779 NICK DAVIS RD.
HARVEST, ALA 35749

LEGAL MAIL

HON: CLERK
UNITED STATES DISTRICT
COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA
PO BOX 711
MONTGOMERY ALA 36101