# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the __MIDDLE__ District of __ALABAMA__

v.

District Court No. __2:07CV762-mcf__

RECEIVED
2007 AUG 27 A 9:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: __Jerry Edward Cuellow__ | Date: __August 20-2007__ |

My issues on appeal are:  __QUESTION OF LAW CIVIL LAW SUIT 42 USC. 1983__

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): 0 | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 0 | $ | $ 0 | $ |

SCANNED
08/27/07

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Ø | Ø | Ø |
| Ø | Ø | Ø |
| Ø | Ø | Ø |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ Ø | $ |
| Are real-estate taxes included? ☐Yes ☑No |  |  |
| Is property insurance included? ☐Yes ☑No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Ø | $ |
| Home maintenance (repairs and upkeep) | $ Ø | $ |
| Food | $ Ø | $ |
| Clothing | $ Ø | $ |
| Laundry and dry-cleaning | $ Ø | $ |
| Medical and dental expenses | $ Ø | $ |
| Transportation (not including motor vehicle payments) | $ Ø | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ Ø | $ |
| Homeowner's or renter's | $ Ø | $ |
| Life | $ Ø | $ |
| Health | $ Ø | $ |
| Motor Vehicle | $ Ø | $ |
| Other: Ø | $ Ø | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): Ø | $ Ø | $ |
| Installment payments | $ Ø | $ |
| Motor Vehicle | $ Ø | $ |
| Credit card (name): Ø | $ Ø | $ |
| Department store (name): Ø | $ Ø | $ |
| Other: Ø | $ Ø | $ |
| Alimony, maintenance, and support paid to others | $ Ø | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ Ø | $ |
| Other (specify): Ø | $ Ø | $ |
| Total monthly expenses: | $ Ø | $ |

**If you decide to file this form
Please send it to:**

# The United States District Court

> **If you are incarcerated:**
> You must attach a statement of your prison account which has been certified by the appropriate institutional officer showing all receipts and balances during the last
> 6 months
>
> This form is required for submission

No records found within the last 12 months

*JPallroo*