IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE, #207922, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-762-MEF |
| ) | |
| BILLY NORTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

In his brief and arguments (Court Doc. No. 2 at 8), the plaintiff requests that the court appoint counsel to represent him in this cause of action. The court therefore construes this document to contain a motion for appointment of counsel. The facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 28th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE