IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WALLACE, AIS#207922, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07cv762-MEF |
| BILLY NORTON, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 6) filed herein on August 31, 2007, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against inmates Billy Norton and Bobby Joe Jordan are DISMISSED with prejudice upon application of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The plaintiff's claims against Steve Walker and Richard Allen and his allegation of speculative future harm are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The plaintiff's motion for preliminary injunction (Doc. # 2) is DENIED.

4. This case is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

Done this 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE